Mark Andrew **VALDEZ, et al.,** **Plaintiffs/Appellants,**

v.

Gary **ALFORD, Defendant/Respondent.**

No. ED 83826.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 1, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 23, 2005.

Application for Transfer Denied June 21, 2005.

Joseph L. Walsh, III, St. Louis, MO, for appellant.

Daniel G. Tobben & Kevin B. Behrndt, St. Louis, MO, for respondents.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., NANNETTE A. BAKER, J.

## ORDER

PER CURIAM.

Mark Valdez appeals from the judgment entered after a jury trial on his negligence action against Gary Alford for damages

arising from two separate automobile accidents. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).